IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY | Civil No. 10-CV-1426-ST |
|       Plaintiff, | ORDER |
|   v. | |
| ESTATE OF MARY T. GATTUCCIO PENCE, | |
|       Defendant. | |

DAYNA CHRISTIAN
Bullivant Houser Bailey PC
300 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204-2089
(503) 228-6351
MARION H. LITTLE
CHRISTOPHER J. HOGAN
Zeiger Tigges & Little LLP
41 S. High Street, Ste 3500
Columbus, OH 43215
(614) 365-9000

      Attorneys for Plaintiff

1 - ORDER

ANDREW T. REILLY
ALEXANDER A. WHEATLEY
Black Helterline LLP
805 S.W. Broadway, Ste 1900
Portland, OR 97205
(503) 224-6148

MARSH, Judge.

On February 4, 2011, Magistrate Judge Stewart filed a Findings and Recommendation that this matter should be dismissed pursuant to the court's inherent discretionary powers under 28 U.S.C. § 2201(a) and Fed. R. Civ. P. 1. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Defendant has filed timely objections. After *de novo* review, I find no error in Judge Stewart's conclusion that "this case fits the bill of a classic 'reactive declaratory action' that 'federal courts should decline to entertain." Government Emps. Ins. Co. v. Dizol, 133 F.3d 1229, 1223 (9th Cir. 1998).

2 - ORDER

Accordingly, I ADOPT the Findings and Recommendation (#17) of Magistrate Judge Stewart.  Defendants' Motion to Dismiss (#7) is **GRANTED**.

IT IS SO ORDERED.

DATED this  15   day of March, 2011.


                           /s/   Malcolm F. Marsh
                         Malcolm F. Marsh
                         United States District Judge

3 - ORDER