IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

THE O.N. EQUITY SALES COMPANY,

        Plaintiff,

    v.

ESTATE OF MARY T. GATTUCIO PENCE,

        Defendant.

Civil No. 10-1426-ST

ORDER

MARSH, Judge.

    Magistrate Judge Janice M. Stewart filed her Findings and Recommendation on May 4, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)©; Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation #30.

    The Estate's motion (#24) for Attorney Fees is DENIED. IT IS SO

ORDERED.

DATED this  7    day of June, 2011.

                                /s/ Malcolm F. Marsh
                                Malcolm F. Marsh
                                United States District Judge